UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

---

| | |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |
| This Document Relates to: | Judge David R. Herndon |
| *Munday v. Bayer Corporation et al.* | No. 3:11-cv-11573-DRH-PMF |
| *Oliver v. Bayer Corporation et al.* | No. 3:10-cv-10072-DRH-PMF |
| *Owings v. Bayer Corp., et al.* | No. 3:10-cv-11336-DRH-PMF |
| *Pardini v. Bayer Corp., et al.* | No. 3:10-cv-10163-DRH-PMF |
| *Peckham v. Bayer Corp., et al.* | No. 3:12-cv-10205-DRH-PMF |
| *Perales v. Bayer Corp., et al.* | No. 3:10-cv-12044-DRH-PMF |
| *Perry v. Bayer Corp., et al.* | No. 3:10-cv-11418-DRH-PMF |
| *Pflugh v. Bayer Corp., et al.* | No. 3:10-cv-12059-DRH-PMF |
| *Piper v. Bayer Corp., et al.* | No. 3:11-cv-11023-DRH-PMF |
| *Potter v. Bayer Corp., et al.* | No. 3:10-cv-13605-DRH-PMF |
| *Powers v. Bayer Corp., et al.* | No. 3:10-cv-11394-DRH-PMF |
| *Privara v. Bayer Corp., et al.* | No. 3:10-cv-12051-DRH-PMF |
| *Purinton v. Bayer Corp., et al.* | No. 3:11-cv-11593-DRH-PMF |
| *Radin v. Bayer Corp., et al.* | No. 3:10-cv-12050-DRH-PMF |
| *Rainey v. Bayer Corp., et al.* | No. 3:11-cv-11586-DRH-PMF |
| *Ramsey v. Bayer Corp., et al.* | No. 3:10-cv-10895-DRH-PMF |

2

| | |
|---|---|
| *Rawls v. Bayer Corp., et al.* | No. 3:11-cv-11594-DRH-PMF |
| *Reese v. Bayer Corp., et al.* | No. 3:12-cv-11063-DRH-PMF |
| *Reid v. Bayer Corp., et al.* | No. 3:10-cv-12705-DRH-PMF |
| *Richards v. Bayer Corp., et al.* | No. 3:10-cv-11021-DRH-PMF |
| *Ritenour v. Bayer Corp., et al.* | No. 3:11-cv-11222-DRH-PMF |
| *Rubio v. Bayer Corp., et al.* | No. 3:10-cv-13271-DRH-PMF |
| *Rysdam v. Bayer Corp., et al.* | No. 3:11-cv-13408-DRH-PMF |
| *Salazar v. Bayer Corp., et al.* | No. 3:10-cv-10678-DRH-PMF |
| *Sampson v. Bayer Corp., et al.* | No. 3:11-cv-11463-DRH-PMF |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on November 20, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT


BY:  /s/*Cheryl A. Ritter*
                **Deputy Clerk**

**Dated:** November 21, 2014

David R. Herndon
2014.11.21
06:07:40 -06'00'

**APPROVED:**
**U.S. DISTRICT JUDGE**
**U. S. DISTRICT COURT**